# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASPREET KAUR,<br><br>    Petitioner,<br><br>    v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. CUSTOMS AND BORDER PROTECTION; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. CUSTOMS AND IMMIGRATION ENFORCEMENT; U.S. DEPARTMENT OF JUSTICE; WILLIAM P. BARR, Attorney General of the United States; CHAD F. WOLF, Acting Secretary of U.S. DHS; MARK MORGAN, Acting Commissioner, United States Customs and Border Protection; KENNETH T. CUCCINELLI, Director of USCIS; CARLA L. PROVOST, Chief, U.S. CBP; DAVID M. RADEL, Director, Los Angeles Asylum Office, USCIS; ALANNA Y. OW, District Director, San Diego District Office, USCIS; DIANE BARRIOS, Field Office Director, San Diego Field Office, USCIS; GREGORY J. ARCHAMBEAULT, Field Office Director for Detention and Removal, U.S. Immigration and Customs Enforcement; EDWARD RUIZ, Acting Warden, Imperial Regional Detention Center, a Management & Training Corporation (MTC) Group<br><br>    Respondents. | No. **'19CV2243 BEN MDD**<br><br>Agency File No. A201 740 749<br><br>PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241<br><br>DETAINED |

**DECLARATION OF BASHIR GHAZIALAM - PETITION FOR WRIT OF HABEAS CORPUS Page - 1**

# DECLARATION OF BASHIR GHAZIALAM

I, BASHIR GHAZIALAM, do hereby declare and state as follows:

1. I am a California licensed attorney and I am duly admitted to practice before this Honorable Court. I have personal knowledge of the following facts, and if called upon, I would truthfully testify as set forth below.

2. True and correct copies of Record of Negative Credible Fear Finding and Request for Review by Immigration Judge, Notice of Referral to Immigration Judge, Notice and Order of Expedited Removal, Notice to Alien Ordered Removed/Departure Verification, Record of Sworn Statement in Proceedings under Section 235(b)(1) of the Act, and Record of Determination/Credible Fear Worksheet is attached hereto as Exhibit A.

3. A true and correct copy of the final written "Lesson Plan" on "Credible Fear of Persecution and Torture Determinations" issued by the USCIS RAIO Directorate on April 30, 2019, is attached hereto as Exh. B.

4. A true and correct copy of the final written "Amended Lesson Plan" on "Credible Fear of Persecution and Torture Determinations" issued by the USCIS RAIO Directorate on September 30, 2019, is attached hereto as Exh. C

5. A true and correct copy of Verification by Petitioner, JASPREET KAUR and her counsel is attached hereto as Exh. D.

**DECLARATION OF BASHIR GHAZIALAM - PETITION FOR WRIT OF HABEAS CORPUS Page - 2**

1  I declare under penalty of perjury that the foregoing is true and correct.

2  Executed this 25th day of November, 2019, at San Diego, California.

3

4  **/s/Bashir Ghazialam**
   Bashir Ghazialam